1  MARTIN W. JOHNSON (SBN 61635)
   CHRISTINA R. VAN WERT (SBN 242741)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA, 94105-2725
   Telephone: (415) 433-0990
4  Facsimile:  (415) 434-1370

5  Attorney for Defendant
   MGB Financial Services, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN UNION BANK AND TRUST COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MGB FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  C 08 03825 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Courtroom: 3<br>Floor:　　17th<br>Honorable Phyllis J. Hamilton<br>Filing Date:　August 11, 2008 |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Irwin Union Bank and Trust Company and defendant MGB Financial Services, Inc., through their counsel of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

---

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

403020.1

1  **IT IS SO STIPULATED.**

2  DATE: November 17, 2008          BARNES & THORNBURG, LLP

3

4                                    By: /s/ M. Gottschlich
                                      MICHAEL H. GOTTSCHLICH
5                                     Attorney for Plaintiff
                                      IRWIN UNION BANK AND TRUST
6                                     COMPANY

7

8  DATE: November ___, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN
9                                    & DICKER LLP

10

11                                   By: _____
                                      MARTIN W. JOHNSON
12                                    CHRISTINA R. VAN WERT
                                      Attorney for Defendant
13                                    MGB FINANCIAL SERVICES, INC.

14

15                              **ORDER**

16     The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as

17  to all parties in its entirety. Each party is to bear its own costs and attorneys' fees.

18     **IT IS SO ORDERED.**

19  DATE: _____

20                                   BY: _____
                                      HONORABLE PHYLLIS J. HAMILTON
21                                    UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED.**

DATE: November ____, 2008

BARNES & THORNBURG, LLP

By: _____
MICHAEL H. GOTTSCHLICH
Attorney for Plaintiff
IRWIN UNION BANK AND TRUST
COMPANY

DATE: November 17, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
MARTIN W. JOHNSON
CHRISTINA R. VAN WERT
Attorney for Defendant
MGB FINANCIAL SERVICES, INC.

### ORDER

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: 11/17/08

BY: _____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*